FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

GERALD L.,

        Plaintiff,

vs.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

No. 4:25-cv-05167-RHW

**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE**

**ECF Nos. 18, 22**

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 22, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  Attorney Chad Hatfield represents Plaintiff.  Attorney L. Jamala Edwards represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 22**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following instructions.  On remand, the Appeals Council shall instruct the ALJ to:

ORDER - 1

- Reevaluate the medical opinions and the prior administrative medical findings;

- Give further consideration to Plaintiff's maximum residual functional capacity;

- If necessary, obtain evidence from a medical expert;

- Offer Plaintiff the opportunity for a new hearing;

- Take further action needed to complete the administrative record; and

- Issue a new decision.

ECF No. 22 at 1-2.

3.    Judgment shall be entered for **PLAINTIFF**.

4.    Plaintiff's Opening Brief, **ECF No. 18**, is **STRICKEN AS MOOT**.

5.    Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

DATED August 10, 2026.

_s/Robert H. Whaley_
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 2